AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
LOGGED ___ RECEIVED

JUN 2 6 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America
v.
DARNELL E. BASSET
YOB 1994; SSN ***-**-6234

*Defendant(s)*

Case No. 19-1997-CBD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 24, 2019__ in the county of __Prince George's__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 1112 | did kill V-1, in the commissionm of an unlawful act not amounting to a felony, within the special maritime and territorial jurisdiction of the United States. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Det. D. Berberich, U.S. Park Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/25/2019

_____
*Judge's signature*

City and state: Greenbelt, Maryland

Charles B. Day, U.S. Magistrate Judge
*Printed name and title*